# United States Court of Appeals
## For the First Circuit

No. 19-2019

ANA RUTH HERNANDEZ-LARA,

Petitioner, Appellee,

v.

TODD M. LYONS, Immigration and Customs Enforcement, Enforcement and Removal Operations, Acting Field Office Director,

Respondent, Appellant,

CHRISTOPHER BRACKETT, Superintendent, Strafford County Department of Corrections,

Respondent.

---

Before

Howard, Chief Judge,
Lynch, Thompson, Kayatta, Barron, and Gelpí, Circuit Judges.

---

**ORDER OF COURT**
Entered: January 13, 2022

Following disposition of this appeal, an active judge of the court requested a poll on whether to rehear the case en banc. A poll having been conducted and there being no majority favoring en banc review, rehearing en banc is hereby denied.

**HOWARD, Chief Judge, and LYNCH and GELPÍ, Circuit Judges, dissent from the denial of rehearing en banc.**

By the Court:

Maria R. Hamilton, Clerk

cc: Gilles R. Bissonnette, Courtney H.G. Herz, Henry R. Klementowicz, SangYeob Kim, Bryanna Kleber Devonshire, Robert J. Rabuck, Seth R. Aframe, Ari Nazarov, Carlton Frederick Sheffield, Catherine M. Reno, Thomas P. Velardi